**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

June 22, 2004

215 U.S. COURTHOUSE
SEATTLE, WASHINGTON 98104

*FILED — CLERK'S OFFICE 2004 JUN 25 A 11: 04 U.S. DISTRICT COURT DISTRICT OF MASS*

*04 11457 MLW*

*MAGISTRATE JUDGE Alexander*

United States District Court
2300 John Joseph Moakley
 United States Courthouse
One Courthouse Way
Boston, MA  02210-3002

Maximum Separation Systems vs. Solmetex, C04-324FDB

Dear Clerk:

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents.

Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: _s/Caroline M. Gonzalez_
    Deputy Clerk

Enclosures

cc: counsel of record
    file

## United States District Court
### WESTERN DISTRICT OF WASHINGTON

MAXIMUM SEPARATION SYSTEMS, INC.,
a Canadian corporation, and RICHARD
H. CHILIBECK, an individual,

      Plaintiffs,

      v.

SOLMETEX, INC., a Delaware corporation,

      Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-0324FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came on before the Court on motion to stay or transfer case. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Solmetex, Inc., Motion to stay or transfer case is granted and this matter is transferred to the United States District Court for the District of Massachusetts, Worcester Division.

DATE: June 21, 2004

BRUCE RIFKIN
Clerk

/s/ Rhonda Miller
(By) Deputy Clerk



18

LAW_CLERK_A, CLOSED

# U.S. District Court
## Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:04-cv-00324-FDB
### Internal Use Only

Maximum Separation Systems Inc et al v. Solmetex Inc
Assigned to: Hon. Franklin D. Burgess
Cause: 35:145 Patent Infringement

Date Filed: 02/17/2004
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**
--------------------

**Maximum Separation Systems Inc,** *a Canadian Corporation*

represented by **Jennifer L Jolley**
STRATTON BALLEW (SEA)
1411 4TH AVE
STE 850
SEATTLE, WA 98101-2216
206-682-1496
Fax: 206-682-0446
Email: jolley@strattonballew.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rex Bennett Stratton, III**
STRATTON BALLEW (SEA)
1411 4TH AVE
STE 850
SEATTLE, WA 98101-2216
206-682-1496
Fax: 206-682-0446
Email: stratton@strattonballew.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H Chilibeck,** *an individial*

represented by **Jennifer L Jolley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rex Bennett Stratton, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
--------------------

**Solmetex Inc**, *a Delaware corporation*    represented by    **John S Devlin, III**
LANE POWELL SPEARS LUBERSKY
1420 FIFTH AVE
STE 4100
SEATTLE, WA 98101-2338
206-223-7000
Fax: FAX 223-7107
Email: devlinj@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2004 | 1 | COMPLAINT FOR PATENT INFRINGEMENT - DEMAND FOR JURY TRIAL (Summons(es) issued) (Receipt # 850767) Attachments: # 1 Civil Cover Sheet)(KM, ) (Entered: 02/18/2004) |
| 02/19/2004 | 2 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT Joint Status Report due by 6/16/2004. by Judge Franklin D. Burgess. (CAR, ) (Entered: 02/19/2004) |
| 02/19/2004 | 3 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge Franklin D. Burgess. (CAR, ) (Entered: 02/19/2004) |
| 03/01/2004 | 4 | STATEMENT of Rule 7.1 Disclosure by Plaintiff Maximum Separation Systems Inc. (Stratton, Rex) (Entered: 03/01/2004) |
| 03/01/2004 | 5 | SERVICE OF SUMMONS and Complaint returned executed upon Milt Bunker, Registered Agent for defendant Solmetex Inc on 2/24/2004. (CAR, ) (Entered: 03/02/2004) |
| 03/16/2004 | 6 | NOTICE of Appearance by attorney John S Devlin III on behalf of Defendant Solmetex Inc (Devlin, John) (Entered: 03/16/2004) |
| 03/16/2004 | 7 | REQUEST by Plaintiffs Richard H Chilibeck, Maximum Separation Systems Inc for Clerk to Enter Default. (Attachments: # 1 Proposed Order of Default by Clerk# 2 Affidavit of Rex B. Stratton in Support of Clerk-Entry Default Judgment)(Stratton, Rex) (Entered: 03/16/2004) |
| 03/16/2004 | 8 | DECLARATION of Defendant's Disclosure of Corporate Affiliations and Financial Interest by Defendant Solmetex Inc. (Devlin, John) (Entered: 03/16/2004) |

| 03/16/2004 | 9 | ANSWER to Complaint *For Patent Infringement* by Defendant Solmetex Inc.(Devlin, John) (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 | 10 | MOTION for Default *with Affidavit in Support* by Plaintiffs Richard H Chilibeck, Maximum Separation Systems Inc. Noting Date 3/23/2004. (Attachments: # 1 Proposed Order on Defalut)(Stratton, Rex) (Entered: 03/16/2004) |
| 03/16/2004 | 11 | MOTION to Stay *Or Transfer of Venue Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* by Defendant Solmetex Inc. Noting Date 4/2/2004. (Attachments: # 1 Exhibit A, pps. 18-20# 2 Exhibit B, pps. 21-22# 3 Exhibit C, pps 23-25# 4 Exhibit D, pps. 26-27# 5 Exhibit E, pps. 28-34# 6 Exhibit F, pps. 35-39# 7 Exhibit G, pps. 40-42# 8 Exhibit H, pps. 43-44)(Devlin, John) (Entered: 03/16/2004) |
| 03/16/2004 | 12 | Letter from Rex B. Stratton, P.S. withdrawing P' 7 Request for Entry of Default and 10 MOTION for Default *with Affidavit in Support*. (CAR, ) (Entered: 03/18/2004) |
| 03/16/2004 |  | ***Motion terminated: 10 MOTION for Default *with Affidavit in Support* filed by Maximum Separation Systems Inc, Richard H Chilibeck per Ltr by cnsl (dkt #12) (CAR, ) (Entered: 03/18/2004) |
| 03/29/2004 | 13 | RESPONSE filed by Plaintiffs Richard H Chilibeck, Maximum Separation Systems Inc re 11 MOTION to Stay *Or Transfer of Venue Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* (Attachments: # 1 Affidavit of Richard Chilibeck# 2 Exhibit A to Chilibeck Affidavit# 3 Exhibit B to Chilibeck Affidavit# 4 Exhibit C to Chilibeck Affidavit# 5 Exhibit D to Chilibeck Affidavit# 6 Exhibit E to Chilibeck Affidavit# 7 Exhibit F to Chilibeck Affidavit# 8 Affidavit of Rex Stratton# 9 Exhibit A to Stratton Declaration, part 1# 10 Exhibit A to Stratton Declaration, part 2# 11 Exhibit A to Stratton Declaration, part 3# 12 Exhibit A to Stratton Declaration, part 4)(Stratton, Rex) (Entered: 03/29/2004) |
| 04/01/2004 | 14 | RESPONSE filed by Defendant Solmetex Inc re 11 MOTION to Stay *Or Transfer of Venue Pursuant to 28 USC Sec. 1404(A) and Supporting Memorandum* (Attachments: # 1 Exhibit A, Pages 9 -13)(Devlin, John) (Entered: 04/01/2004) |
| 04/06/2004 | 15 | ORDER that D' Solmetex, Inc.'s motion to stay or transfer 11 is GRANTED in the alternative and this matter is TRANSFERRED to the District of Massachusetts, Worcester Division where the first filed case, SolmeteX, Inc. v. Maximum Separation Systems, Inc., Civ. No. 04-CV-40024 was brought. by Judge Franklin D. Burgess.(CAR, ) (Entered: 04/07/2004) |

| | | | |
|---|---|---|---|
| 04/15/2004 | ● | 16 | MOTION for Reconsideration re 15 Order on Motion to Stay, by Plaintiffs Richard H Chilibeck, Maximum Separation Systems Inc. Noting Date 4/16/2004. (Attachments: # 1 Exhibit A)(Stratton, Rex) (Entered: 04/15/2004) |
| 04/30/2004 | ● | 17 | ORDER denying 16 Motion for Reconsideration by Judge Franklin D. Burgess.(CAR, ) (Entered: 05/03/2004) |
| 06/21/2004 | ● | 18 | JUDGMENT IN A CIVIL CASE BY COURT in favor of Defendant, Against Plaintiffs, Granting Defendant's Motion to stay or transfer case - Case is transferred to United States District Court for the District of Massachusetts, Worcester Division. (RM, ) (Entered: 06/21/2004) |