UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MAXIMUM SEPARATION SYSTEMS, INC. et al**
                **Plaintiff**                    **Civil Action**

        V.                        **No. 04-11457-MLW**

**SOL METEX, INC.**
                **Defendant**

**O R D E R**

WOLF, D.J.

     Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Central Division/Worcester Division of this court for all further proceedings.

                                       By The Court,

                                       /s/ Dennis O'Leary
                                       Deputy Clerk

Date: November 8, 2004

Copies to:           Counsel, Operations Manager